NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REGINALD JAMES WILLIAMS a/k/a )
Riginald James Williams, )
                         )
         Appellant, )
                         )
v. )         Case No. 2D19-377
                         )
STATE OF FLORIDA, )
                         )
         Appellee. )
_____ )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

PER CURIAM.

         Affirmed.

LaROSE, BLACK, and LUCAS, JJ., Concur.